1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9   ANTONIO DE JESUS PEREZ,          )   Case No.: 2:17-cv-01800-GJS
                                     )
10          Plaintiff,                )   [~~PROPOSED~~] ORDER AWARDING
                                     )   EQUAL ACCESS TO JUSTICE ACT
11     vs.                           )   ATTORNEY FEES AND EXPENSES
                                     )   PURSUANT TO 28 U.S.C. § 2412(d)
12  NANCY A. BERRYHILL, Acting       )   AND COSTS PURSUANT TO 28
    Commissioner of Social Security, )   U.S.C. § 1920
13                                   )
            Defendant                )
14                                   )
                                     )
15

16          Based upon the parties' Stipulation for the Award and Payment of Equal

17  Access to Justice Act Fees, Costs, and Expenses:

18          IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

19  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20  awarded subject to the terms of the Stipulation.

21  DATE:   July 20, 2018

22

23                                   _____
                                     GAIL J. STANDISH
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

                                     -1-